# EXHIBIT G

| **Claim Element of the '345 Patent** | **Element of Accused Products Defendant Sells at www.floatwheel.com** | **Element of Induced End Product Defendant Teaches at https://www.youtube.com/channel/UC_7p3yqxNR24i-9Qtu1Haxg** |
|---|---|---|
| **1.** An electric vehicle, comprising: | Defendant sells components of an electric vehicle at www.floatwheel.com. Ex. F, pp. 1-18. | Defendant induces its customers to assemble an electric vehicle using Defendant's components. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s |
| a board including first and second deck portions each configured to receive a left or right foot of a rider oriented generally perpendicular to a longitudinal axis of the board; | Defendant sells a DIY kit (Ex. F, pp. 2-4) including rails and footpads configured to form a board with first and second deck portions, each configured to receive a rider's foot as described in the claim. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 18:11-22:21. | Defendant induces its customers to construct a board including first and second deck portions, or footpads, that Defendant sells. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 18:11-22:21. |
| a wheel assembly including a ground-contacting element disposed between and extending above the first and second deck portions; | Defendant sells a wheel assembly included with its "Float Hub motor 1200w" (Ex. F, pp. 5-7), including a ground-contacting wheel configured to be disposed between and extending above the deck portions. *See, e.g.*, 11:54 of https://www.youtube.com/watch?v=VTAmc-8gKYs. | Defendant induces its customers to construct a vehicle including a wheel assembly Defendant sells, with a ground-contacting wheel configured to be disposed between and extending above the deck portions. *See, e.g.*, 11:54 of https://www.youtube.com/watch?v=VTAmc-8gKYs. |
| a motor assembly mounted to the board and configured to rotate the ground-contacting element around an axle to propel the electric vehicle; | Defendant sells a motor assembly included with its "Float Hub motor 1200w" (Ex. F, pp. 5-7), and configured to rotate the wheel to propel the vehicle. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 23:12-24:37. | Defendant induces its customers to construct a vehicle including a motor assembly Defendant sells mounted to the board and configured to rotate the ground-wheel around an axle to propel the electric vehicle. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 23:12-24:37. |
| at least one orientation sensor configured to | Defendant sells a motor controller that includes a "Built-in high | Defendant induces its customers to construct a vehicle including an orientation sensor in the form of a |

| | | |
|---|---|---|
| measure orientation information of the board; | precision 9-axis gyroscope." Ex. F, p. 9. | 9-axis gyroscope Defendant sells as part of its motor controller. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 1:56-2:00. |
| a first sensing region disposed in the first deck portion, the first sensing region including two pressure-sensing transducers laterally spaced from each other, such that a first of the two pressure-sensing transducers registers with a first portion of the foot of the rider and a second of the two pressure-sensing transducers registers with a second portion of the same foot of the rider; and | As part of its DIY kit, Defendant sells footpads constituting deck portions. One of the footpads includes pressure-sensing transducers laterally spaced from each other, one of which is configured to register with the toe portion of the rider's foot, and the other of which is configured to register with the heel portion of the rider's foot. Defendant discusses this in its video https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s, at 1:19- 1:49. | Defendant induces its customers to construct a vehicle including footpads constituting deck portions. One of the footpads includes pressure-sensing transducers laterally spaced from each other, one of which is configured to register with the toe portion of the rider's foot, and the other of which is configured to register with the heel portion of the rider's foot. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s, at 1:19- 1:49. |
| a motor controller configured to receive board orientation information measured by the orientation sensor and rider presence information based on outputs of the two pressure-sensing transducers, and to cause the motor assembly to propel the electric vehicle based on the board orientation information and the | Defendant sells a motor controller called "BalancePro" programmed with a self-balancing algorithm (Ex. F. pp. 8-11), which receives orientation information measured by the built-in gyroscope and rider presence information based on outputs of the two pressure-sensing transducers on the footpad Defendant also sells (Ex. F, pp. 2-4), and causes the motor to propel the vehicle based on the orientation information and the rider presence information. Defendant discusses this functionality, for example, in https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1236s at | Defendant induces its customers to construct a vehicle including a motor controller configured as recited in the claim. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1236s at 6:40-11:43 (for the orientation information) and https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s, at 1:19- 1:49 (for the rider presence information). |

| | | |
|---|---|---|
| rider presence information; | 6:40-11:43 (for the orientation information) and https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s, at 1:19- 1:49 (for the rider presence information). | |
| wherein the motor controller is further configured to halt the motor assembly in response to activation of exactly zero or exactly one of the two pressure-sensing transducers when a speed of the electric vehicle is below a threshold value. | Defendant's motor controller is programmed to stop the motor when either zero or one of the two transducers is activated. Defendant discusses this at https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s, at 1:19- 1:49. | Defendant's motor controller is programmed to stop the motor when either zero or one of the two transducers is activated. Defendant discusses this at https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s, at 1:19- 1:49. |

| Claim Element of the '978 Patent | Element of Accused Products Defendant Sells at www.floatwheel.com | Element of Induced End Product Defendant Teaches at https://www.youtube.com/channel/UC_7p3yqxNR24i-9Qtu1Haxg |
|---|---|---|
| **1.** An electric vehicle, comprising: | Defendant sells components of an electric vehicle at www.floatwheel.com. Ex. F, pp. 1-18. | Defendant induces its customers to assemble an electric vehicle using Defendant's components. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s |
| a board including first and second deck portions each configured to receive a left or right foot of a rider oriented generally perpendicular to a longitudinal axis of the board; | Defendant sells a DIY kit (Ex. F, pp. 2-4) including rails and footpads configured to form a board with first and second deck portions, each configured to receive a rider's foot as described in the claim. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 18:11-22:21. | Defendant induces its customers to construct a board including first and second deck portions, or footpads, that Defendant sells. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 18:11-22:21. |
| a wheel assembly including a ground-contacting element disposed between and extending above the first and second deck portions; | Defendant sells a wheel assembly included with its "Float Hub motor 1200w" (Ex. F, pp. 5-7), including a ground-contacting wheel configured to be disposed between and extending above the deck portions. *See, e.g.*, 11:54 of https://www.youtube.com/watch?v=VTAmc-8gKYs. | Defendant induces its customers to construct a vehicle including a wheel assembly Defendant sells, with a ground-contacting wheel configured to be disposed between and extending above the deck portions. *See, e.g.*, 11:54 of https://www.youtube.com/watch?v=VTAmc-8gKYs. |
| a motor assembly mounted to the board and configured to rotate the ground-contacting element around an axle to propel the electric vehicle; | Defendant sells a motor assembly included with its "Float Hub motor 1200w" (Ex. F, pp. 5-7), and configured to rotate the wheel to propel the vehicle. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 23:12-24:37. | Defendant induces its customers to construct a vehicle including a motor assembly Defendant sells mounted to the board and configured to rotate the ground-wheel around an axle to propel the electric vehicle. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 23:12-24:37. |
| at least one orientation sensor configured to | Defendant sells a motor controller that includes a "Built-in high | Defendant induces its customers to construct a vehicle including an orientation sensor in the form of a 9- |

| | | |
|---|---|---|
| measure orientation information of the board; | precision 9-axis gyroscope." Ex. F, p. 9. | axis gyroscope Defendant sells as part of its motor controller. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 1:56-2:00. |
| a sensing region disposed within one of the deck portions and including two pressure-sensing transducers laterally spaced from each other, such that a first of the two pressure-sensing transducers registers with a first portion of the foot of the rider and a second of the two pressure-sensing transducers registers with a second portion of the same foot of the rider; and | As part of its DIY kit, Defendant sells footpads constituting deck portions. One of the footpads includes pressure-sensing transducers laterally spaced from each other, one of which is configured to register with the toe portion of the rider's foot, and the other of which is configured to register with the heel portion of the rider's foot. Defendant discusses this at https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s, at 1:19- 1:49. | Defendant induces its customers to construct a vehicle including footpads constituting deck portions. One of the footpads includes pressure-sensing transducers laterally spaced from each other, one of which is configured to register with the toe portion of the rider's foot, and the other of which is configured to register with the heel portion of the rider's foot. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s, at 1:19- 1:49. |
| a motor controller configured to receive board orientation information measured by the orientation sensor and rider presence information based on outputs of the two pressure-sensing transducers, and to cause the motor assembly to propel the electric vehicle based on the board orientation information and the | Defendant sells a motor controller called "BalancePro" programmed with a self-balancing algorithm (Ex. F. pp. 8-11), which receives orientation information measured by the built-in gyroscope and rider presence information based on outputs of the two pressure-sensing transducers on the footpad Defendant also sells (Ex. F, pp. 2-4), and causes the motor to propel the vehicle based on the orientation information and the rider presence information. Defendant discusses this functionality, for example, in https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1236s at 6:40-11:43 (for the orientation | Defendant induces its customers to construct a vehicle including a motor controller configured as recited in the claim. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1236s at 6:40-11:43 (for the orientation information) and https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s, at 1:19- 1:49 (for the rider presence information). |

| | | |
|---|---|---|
| rider presence information; | information) and https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s, at 1:19-1:49 (for the rider presence information). | |
| wherein the motor controller is further configured to halt the motor assembly in response to activation of exactly zero of the two pressure-sensing transducers. | Defendant's motor controller is programmed to stop the motor when neither of the two pressure sensing transducers is activated. Defendant discusses this at https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s, at 1:19-1:49. | Defendant's motor controller is programmed to stop the motor when neither of the two transducers is activated. Defendant discusses this at https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s, at 1:19-1:49. |

| **Claim Element of the '109 Patent** | **Element of Accused Products Defendant Sells at www.floatwheel.com** | **Element of Induced End Product Defendant Teaches at https://www.youtube.com/channel/UC_7p3yqxNR24i-9Qtu1Haxg** |
|---|---|---|
| **8**. An electric skateboard, comprising: | Defendant sells components of an electric skateboard at www.floatwheel.com. Ex. F, pp. 1-18. | Defendant induces its customers to assemble an electric skateboard using Defendant's components. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s |
| a foot deck having first and second deck portions each configured to support a rider's foot parallel to a pitch axis of the foot deck; | Defendant sells a DIY kit (Ex. F, pp. 2-4) including rails and footpads configured to form a board with first and second deck portions, each configured to support a rider's foot parallel to a pitch axis of the foot deck (the axis perpendicular to the length of the board). *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 18:11-22:21. | Defendant induces its customers to construct a board including first and second deck portions, or footpads, that Defendant sells, each configured to support a rider's foot parallel to a pitch axis of the foot deck. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 18:11-22:21. |
| exactly one ground-contacting wheel disposed between and extending above the first and second deck portions and configured to rotate about the pitch axis to propel the skateboard; | Defendant sells a wheel assembly included with its "Float Hub motor 1200w" (Ex. F, pp. 5-7), including exactly one ground-contacting wheel disposed between and extending above the first and second deck portions and configured to rotate about the pitch axis to propel the electric vehicle. *See, e.g.*, 11:54 of https://www.youtube.com/watch?v=VTAmc-8gKYs. | Defendant induces its customers to construct a vehicle including a wheel assembly Defendant sells, with exactly one ground-contacting wheel disposed between and extending above the deck portions and configured to rotate about the pitch axis to propel the electric vehicle. *See, e.g.*, 11:54 of https://www.youtube.com/watch?v=VTAmc-8gKYs. |
| at least one sensor configured to measure an orientation of the foot deck; | Defendant sells a motor controller that includes a "Built-in high precision 9-axis gyroscope," which is configured to measure the orientation of the foot deck. Ex. F, p. 9. | Defendant induces its customers to construct a vehicle including a 9-axis gyroscope Defendant sells as part of its motor controller, and which is configured to measure the orientation of the foot deck. *See, e.g.*, https://www.youtube.com/watch |

| | | |
|---|---|---|
| | | ?v=kYdCT2ZLhbU&t=1021s at 1:56-2:00. |
| an electric motor configured to cause rotation of the wheel based on the orientation of the foot deck; | Defendant sells a "Float Hub motor 1200w" (Ex. F, pp. 5-7), configured to rotate the wheel based on the orientation of the foot deck. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 23:12-24:37. | Defendant induces its customers to construct a vehicle including an electric motor Defendant sells, which is configured to rotate the wheel based on the orientation of the foot deck. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 23:12-24:37. |
| wherein the electric motor transitions from a deactivated state to an activated state only after the at least one sensor detects that the foot deck has been brought to a predetermined orientation. | Defendant's motor controller transitions the motor from a deactivated state to an activated state only after the orientation sensor detects that the foot deck has been brought to an approximately level orientation. This can be seen, *e.g.*, in https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 23:40-23:44, and in https://www.youtube.com/watch?v=8j8RW86GRIY&t=44s at 1:08-1:10. | Defendant induces its customers to construct a vehicle wherein the electric motor transitions from a deactivated state to an activated state only after the at least one sensor detects that the foot deck has been brought to an approximately level orientation. See, *e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 23:40-23:44, and https://www.youtube.com/watch?v=8j8RW86GRIY&t=44s at 1:08-1:10. |

| **Claim Element of the '877 Patent** | **Element of Accused Products Defendant Sells at www.floatwheel.com** | **Element of Induced End Product Defendant Teaches at https://www.youtube.com/channel/UC_7p3yqxNR24i-9Qtu1Haxg** |
|---|---|---|
| **6**. An electric skateboard, comprising: | Defendant sells components of an electric skateboard at www.floatwheel.com. Ex. F, pp. 1-18. | Defendant induces its customers to assemble an electric skateboard using Defendant's components. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s |
| a foot deck having first and second deck portions each configured to support a rider's foot oriented generally perpendicular to a longitudinal axis of the foot deck; | Defendant sells a DIY kit (Ex. F, pp. 2-4) including rails and footpads configured to form a board with first and second deck portions, each configured to support a rider's foot oriented generally perpendicular to a longitudinal axis of the foot deck. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 18:11-22:21. | Defendant induces its customers to construct a board including first and second deck portions, or footpads, that Defendant sells. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 18:11-22:21. |
| exactly one ground-contacting wheel disposed between and extending above the first and second deck portions and configured to rotate about an axle to propel the electric skateboard; | Defendant sells a wheel assembly included with its "Float Hub motor 1200w" (Ex. F, pp. 5-7), including exactly one ground-contacting wheel disposed between and extending above the first and second deck portions and configured to rotate about an axle to propel the electric skateboard. *See, e.g.*, 11:54 of https://www.youtube.com/watch?v=VTAmc-8gKYs. | Defendant induces its customers to construct a vehicle including a wheel assembly Defendant sells, with exactly one ground-contacting wheel configured to be disposed between and extending above the deck portions and configured to rotate about an axle to propel the electric skateboard. *See, e.g.*, 11:54 of https://www.youtube.com/watch?v=VTAmc-8gKYs. |
| at least one orientation sensor configured to measure an orientation of the foot deck; | Defendant sells a motor controller that includes a "Built-in high precision 9-axis gyroscope," which is configured to measure the orientation of the foot deck. Ex. F, p. 9. | Defendant induces its customers to construct a vehicle including an orientation sensor in the form of a 9-axis gyroscope Defendant sells as part of its motor controller, and which is configured to measure the orientation of the foot deck. *See, e.g.*, |

| | | |
|---|---|---|
| | | https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 1:56-2:00. |
| a sensing region disposed in one of the deck portions, the sensing region including two sensor zones each having an associated active area configured to lie under a rider's heel and toe, respectively; and | As part of its DIY kit, Defendant sells footpads constituting deck portions. One of the footpads includes two pressure-sensing transducers laterally spaced from each other, one of which is configured to lie under the rider's toe, and the other of which is configured to lie under the rider's heel. Defendant discusses this at https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s, at 1:19- 1:49. | Defendant induces its customers to construct a vehicle including footpads constituting deck portions. One of the footpads includes two pressure-sensing transducers laterally spaced from each other, one of which is configured to lie under the rider's toe, and the other of which is configured to lie under the rider's heel. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s, at 1:19- 1:49. |
| an electric motor configured to cause rotation of the ground-contacting wheel based on the orientation of the foot deck and an output of the sensing region; | Defendant sells a "Float Hub motor 1200w" (Ex. F, pp. 5-7), configured to rotate the wheel based on the orientation of the foot deck and an output of the sensing region. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 23:12-24:37. | Defendant induces its customers to construct a vehicle including an electric motor Defendant sells, which is configured to rotate the wheel based on the orientation of the foot deck and an output of the sensing region. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 23:12-24:37. |
| wherein the electric motor is configured to be activated in response to activation of both active areas, to halt in response to activation of exactly zero of the active areas, and to remain active in response to activation of one of the active areas. | Defendant's motor controller is programmed to be activated in response to activation of both active areas, and to stop the motor when neither of the two pressure sensing transducers is activated. Defendant discusses this at https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s, at 1:19-1:49. | Defendant's motor controller is programmed be activated in response to activation of both active areas, and to stop the motor when neither of the two transducers is activated. Defendant discusses this at https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s, at 1:19-1:49. |

| **Claim Element of the '910 Patent** | **Element of Accused Products Defendant Sells at www.floatwheel.com** | **Element of Induced End Product Defendant Teaches at https://www.youtube.com/channel/UC_7p3yqxNR24i-9Qtu1Haxg** |
|---|---|---|
| **8.** An electric vehicle, comprising: | Defendant sells components of an electric vehicle at www.floatwheel.com. Ex. F, pp. 1-18. | Defendant induces its customers to assemble an electric vehicle using Defendant's components. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s |
| a foot deck having first and second deck portions each configured to support a rider's foot; | Defendant sells a DIY kit (Ex. F, pp. 2-4) including rails and footpads configured to form a board with first and second deck portions, each configured to support a rider's foot. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 18:11-22:21. | Defendant induces its customers to construct a board including first and second deck portions, or footpads, that Defendant sells. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 18:11-22:21. |
| at least one ground-contacting wheel configured to rotate about an axle to propel the electric vehicle; | Defendant sells a wheel assembly included with its "Float Hub motor 1200w" (Ex. F, pp. 5-7), including a ground-contacting wheel configured to rotate about an axle to propel the electric vehicle. *See, e.g.*, 11:54 of https://www.youtube.com/watch?v=VTAmc-8gKYs. | Defendant induces its customers to construct a vehicle including a wheel assembly Defendant sells, with a ground-contacting wheel configured to rotate about an axle to propel the electric vehicle. *See, e.g.*, 11:54 of https://www.youtube.com/watch?v=VTAmc-8gKYs. |
| at least one orientation sensor configured to measure an orientation of the foot deck; | Defendant sells a motor controller that includes a "Built-in high precision 9-axis gyroscope," which is configured to measure the orientation of the foot deck. Ex. F, p. 9. | Defendant induces its customers to construct a vehicle including an orientation sensor in the form of a 9-axis gyroscope Defendant sells as part of its motor controller, and which is configured to measure the orientation of the foot deck. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 1:56-2:00. |
| a sensing region disposed in one of the deck portions, | As part of its DIY kit, Defendant sells footpads constituting deck portions. One of the footpads | Defendant induces its customers to construct a vehicle including footpads constituting deck portions. |

| | | |
|---|---|---|
| the sensing region including two sensor zones each having an associated active area configured to lie under a rider's heel and toe, respectively; and | includes two pressure-sensing transducers laterally spaced from each other, one of which is configured to lie under the rider's toe, and the other of which is configured to lie under the rider's heel. Defendant discusses this at https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s, at 1:19- 1:49. | One of the footpads includes two pressure-sensing transducers laterally spaced from each other, one of which is configured to lie under the rider's toe, and the other of which is configured to lie under the rider's heel. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s, at 1:19- 1:49. |
| an electric motor configured to cause rotation of the ground-contacting wheel based on the orientation of the foot deck and an output of the sensing region; | Defendant sells a "Float Hub motor 1200w" (Ex. F, pp. 5-7), configured to rotate the wheel based on the orientation of the foot deck and an output of the sensing region. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 23:12-24:37. | Defendant induces its customers to construct a vehicle including an electric motor Defendant sells, which is configured to rotate the wheel based on the orientation of the foot deck and an output of the sensing region. *See, e.g.*, https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s at 23:12-24:37. |
| wherein the electric motor is configured to be activated in response to activation of both active areas, to halt in response to activation of exactly zero of the active areas, and to remain active in response to activation of one of the active areas. | Defendant's motor controller is programmed to be activated in response to activation of both active areas, and to stop the motor when neither of the two pressure sensing transducers is activated. Defendant discusses this at https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s, at 1:19-1:49. | Defendant's motor controller is programmed be activated in response to activation of both active areas, and to stop the motor when neither of the two transducers is activated. Defendant discusses this at https://www.youtube.com/watch?v=kYdCT2ZLhbU&t=1021s, at 1:19-1:49. |