AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-03022-JSC

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JOHN DOE, an unknown party doing business as FLOATWHEEL was received by me on *(date)* 4/28/2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the Complaint, Summons, and a copy of the Court's Order permitting service by email to the addresses 425136673@qq.com and diyonewheel@gmail.com on July 20, 2021.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: July 20, 2021

s/ Shawn J. Kolitch
*Server's signature*

Shawn J. Kolitch, counsel for Future Motion, Inc.
*Printed name and title*

520 SW Yamhill, Suite 200, Portland, Oregon 97204
*Server's address*

Additional information regarding attempted service, etc:

The Court authorized email service pursuant to Fed. R. Civ. P. 4(f)(3) in an order dated July 20, 2021 (ECF No. 17).