1  DAVID J. MICLEAN (SBN 115098)
   dmiclean@micleangleason.com
2  MICLEAN GLEASON LLP
   1301 Shoreway Road, Suite 290
3  Belmont, CA  94002
4  Telephone:  (650) 684-1181

5  SHAWN J. KOLITCH (*admitted pro hac vice*)
   shawn@kolitchromano.com
6  Oregon State Bar No. 063980
7  KOLITCH ROMANO LLP
   520 S.W. Yamhill Street, Suite 200
8  Portland, OR  97204
9  Telephone:  (503) 994-1650

10 *Attorneys for Plaintiff*
   *FUTURE MOTION, INC.*
11

12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14

15

16 FUTURE MOTION, INC.,                     Case No. 5:21-cv-03022-JSC
                                            Hon. Jacqueline Scott Corley
17        *Plaintiff*,

18     v.                                   **[PROPOSED] FINAL DEFAULT**
19                                          **JUDGMENT AGAINST DEFENDANT**
   JOHN DOE, an unknown party doing business as
20 FLOATWHEEL,
                                            Date:  October 28, 2021
21        *Defendant*.                      Time:  9:00 a.m.
22                                          Dept.: Courtroom E, 15th Floor
                                                   San Francisco Courthouse
23
                                            Complaint Filed: April 26, 2021
24

25

26

27
                                  1
28

**THIS MATTER**, having been set and/or come on for hearing on DATE, 2021 for entry of a final default judgment against Defendant, an unknown entity doing business as FLOATWHEEL, and after considering all the papers submitted by Plaintiff Future Motion, Inc. ("Plaintiff" or "Future Motion") in support of the relief requested, and GOOD CAUSE appearing therefor, the Court finds, adjudicates, and enters a final judgment against Defendant as follows:

1. Defendant is found liable for inducement of patent infringement of U.S. Pat. Nos. 9,452,345, 9,717,978, 9,802,109, 9,861,877, and 10,143,910 pursuant to 35 U.S.C. § 271(b);

2. Defendant is found liable for contributory infringement of U.S. Pat. Nos. 9,452,345, 9,717,978, 9,802,109, 9,861,877, and 10,143,910 pursuant to 35 U.S.C. § 271(c);

3. The Court grants Plaintiff's request for a permanent injunction, and hereby incorporates by this reference the Order Granting Permanent Injunction Against Defendant.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: _____

_____
HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE