UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FUTURE MOTION, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **JOHN DOE**, <br><br> Defendant. | Case No. 21-cv-03022-YGR <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING MOTION FOR DEFAULT JUDGMENT** <br><br> Re: Dkt. Nos. 23, 30 |

The Court has reviewed Magistrate Judge Jacqueline Scott Corley's Report and Recommendation (Dkt. No. 30 ("Report")) recommending that the Court grant the plaintiff's motion for default judgment and enter a permanent injunction against defendant John Doe, an unknown party doing business as Floatwheel (Dkt. No. 23), to which no party filed an objection. The time to object has expired. *See* Fed. R. Civ. P. 72(b)(2). Plaintiff Future Motion, Inc., has sued the defendant alleging patent infringement in violation of the Patent Act, 35 U.S.C. §§ 1, *et seq.*, and specifically in violation of 35 U.S.C. § 271(b) for induced infringement and 35 U.S.C. § 271(c) for contributory infringement.

The Court has reviewed the Report and record in this action carefully. Magistrate Judge Corley carefully evaluated the need and adequacy of alternative service in this action, especially in light of relevant international law. (Dkt. Nos. 14, 17, 30.) Given the defendant's apparent location outside of the forum, Magistrate Judge Corley issued a reasoned order to show cause as to why personal jurisdiction exists over the defendant. (Dkt. No. 26.) Plaintiff demonstrated the appropriateness of personal jurisdiction through infringing web-based sales directly into the forum. (Dkt. No. 29.) The Court finds the balance of the Report correct, well-reasoned, and thorough, and **ADOPTS** it in every respect.

Accordingly, and for the reasons set forth in the Report:

1. The motion for default judgment is **GRANTED**;
2. Judgment consistent with the Report shall be entered in favor of plaintiff and against the defendant.

This Order terminates Docket Numbers 23 and 30.

**IT IS SO ORDERED.**

Dated: January 27, 2022

_____
YVONNE GONZALEZ ROGERS
United States District Judge